U.S.A. vs __Efrain Cornejo-Segura__    No. __08mj0913__

The Court finds excludable delay, under the section indicated by mark √'s,
commenced on __3/24/08__ and ended on __3/27/08__ ;( )
_____ and ended on _____ ;( )

3161(h)

___ (1)(A)   Exam or hrg for mental or physical incapacity
___ (1)(B)   NARA examination (28:2902)
___ (1)(D)   State or Federal trials or other charges pending
___ (1)(E)   Interlocutory appeals
___ (1)(F)   Pretrial motions (from flg to hrg or other prompt disp.)
___ (1)(G)   Transfers from other district (per FRCrP 20, 21 & 40)
___ (1)(J)   Proceedings under advisement not to exceed thirty days
___          Misc proc: Parole or prob rev, deportation, extradition
___ (1)(H)   Transportation from another district or to/from examination
             or hospitalization in ten days or less
___ (1)(I)   Consideration by Court of proposed plea agreement
___ (2)      Prosecution deferred by mutual agreement
_X_ (3)(A)(B) Unavailability of defendant or essential witness
___ (4)      Period of mental or physical incompetence of defendant to
             stand trial
___ (5)      Period of NARA commitment or treatment
___ (6)      Superseding indictment and/or new charges
___ (7)      Defendant awaiting trial of co-defendant when no severance
             has been granted
___ (8)(A)(B) Continuances granted per (h)(8)-use "T" alone if more than
              one of the reasons below are given in support of continuance
___ (8)(B)(I) 1) Failure to grant a continuance in the proceeding
              would result in a miscarriage of justice and
              the ends of justice outweigh the best interest
              of the public and the defendant in a speedy trial.
              (Continuance - miscarriage of justice)
___           2) Failure to grant a continuance of the trial would result in
              a miscarriage of justice as the defendant has tendered a
              guilty plea to a magistrate judge and is awaiting a
              determination as to whether the plea will be accepted.
              (Continuance - tendered a guilty plea)
___ (8)(B)(ii)  2) Case unusual or complex
___ (8)(B)(iii) 3) Indictment following arrest cannot be filed in thirty (30) days
___ (8)(B)(iv)  4) Continuance granted in order to obtain or substitute counsel,
                or give reasonable time to prepare
                (Continuance re counsel)
___ 3161(l)   Time up to withdrawal of guilty plea
___ 3161(b)   Grand jury indictment time extended thirty (30) more days

Date __3-24-08__                               _____
                                               Judge's Initials