```
 1 | GREGORY T. MURPHY
   | California State Bar No. 245505
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, CA 92101-5008
   | (619) 234-8467/Fax: (619) 687-2666
 4 | E-Mail: gregory_murphy@fd.org
 5 | Attorneys for Efrain Cornejo-Segura
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0913 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| EFRAIN CORNEJO-SEGURA, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Ned Lynch
nedlynch@aol.com

Respectfully submitted,

DATED:    April 1, 2008

/s/ Gregory T. Murphy
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Efrain Cornejo-Segura