UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 1257 W

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>EFRAIN CORNEJO-SEGURA,<br><br>          Defendant. | Criminal Case No. _____<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II)<br>- Bringing in Illegal Aliens and<br>Aiding and Abetting |

The United States Attorney charges:

On or about March 22, 2008, within the Southern District of California, defendant EFRAIN CORNEJO-SEGURA, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Maria De Jesus Medina-Sanchez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 4/22/08.

KAREN P. HEWITT
United States Attorney

for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
4/10/08